IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CLARK WARREN, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOM GREEN COUNTY and SHERIFF J. NICK HANNA, | ) |
| Defendants. | ) Civil Action No. 6:22-CV-041-C |

## ORDER

The Court notes that the Parties have reached a settlement of all matters in controversy. As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED** and all pending motions are **DENIED AS MOOT** WITHOUT PREJUDICE TO REFILING if the settlement is not finalized. As instructed by the United States Magistrate Judge, the Parties shall file dismissal documents on or before September 29, 2023.

SO ORDERED.

Dated this 5th day of September, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE